UNITED STATES OF AMERICA
v.
GARY NIXON

OMNIBUS MOTION

**Motion DENIED.**
This the 17th day of January, 2019.
/s/Louise W. Flanagan, U.S. District Judge

FILED
DEC 27 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___SWL___ DEP CLK

HERE COMES DEFENDANT GARY NIXON PRO SE Proceeding with an OMNIBUS MOTION for RELIEF FROM A FINAL JUDGEMENT AND ORDER that TRANSPIRED THE 13TH DAY OF DECEMBER, 2018 by Presiding Judge FLANNAGAN. THIS MOTION IS FOR A NEW EVIDENTIARY HEARING ON THE PSI SENTENCING AND REVOCATION HEARING, INEFFECTIVE ASSISSTANCE OF COUNSEL, PROSECUTORIAL MISCONDUCT AND JUDICIARY MISCONDUCT WHERE ALL PARTIES KNEW that ANTICIPATED IN THIS MISCONDUCT.

## STATEMENT OF FACTS

1. THE Judicial BRANCH PROCEEDED UNCONSTITUTIONALLY TO CONDUCT A TOTAL OF THREE HEARINGS AT THE SAME TIME.
2. COUNSEL FAILED TO ADEQUATELY ADDRESS SENTENCING ISSUES WITH DEFENDANT BEFORE SENTENCING which LEAD TO A CONFUSION OF THE ISSUES TO THE POINT WHERE DEFENDANT WAS INSUFFICIENTLY SENTENCED. COUNSEL ASSURED DEFENDANT THAT HE WOULD RECIEVE A SENTENCE IN THE RANGE OF 88-108 MONTHS. INSTEAD DEFENDANT WAS BLINDED FROM THE RIGHT OF A FORTIORI, TO EXPLORE IN DETAIL THE METHODS AND CALCULATION FROM A PROBATION OFFICER AS WELL AS FROM JUDGE FLANNAGAN. DEFENDANT NEVER GOT A CHANCE TO EXPLORE PSI, NEVER RECIEVED 7-DAY GRACE PERIOD.