IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-104-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARY NIXON, | ) | |

This matter is before the court on defendant's motion to unseal certain filings for purposes of appeal, filed on March 26, 2019. For good cause shown, defendant's motion to unseal the sealed final presentence investigation report (DE 24), the memorandum of plea agreement (DE 30), and the statement of reasons (DE 33) is ALLOWED. The clerk is directed to provide, via electronic mail, a copy of these documents to appellate counsel, W.H. Paramore, III, and appellate counsel may include these documents, as required, in the sealed volume of the joint appendix as submitted to the Fourth Circuit Court of Appeals.

SO ORDERED, this 27th day of March, 2019.

Louise W. Flanagan
United States District Judge