

**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Correctional Complex
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

April 14, 2020

FILED
MAY 06 2020

PETER A. M, CLERK
US DIST EDNC
BY ___SWT___ DEP CLK

Honorable Louise W. Flanagan
United States District Judge
Eastern District of North Carolina
United States Courthouse
413 Middle Street
New Bern, North Carolina 28560

RE: NIXON, Gary Edward
    Reg. No.: 21564-056
    Docket No.: 7:04-CR-85-1FL; 7:18-CR-104-1FL

Dear Judge Flanagan:

This letter is to advise you of the death of Mr. Gary Edward Nixon, who was sentenced in your court on December 13, 2018. Mr. Nixon was sentenced to a 24-month term for a supervised release violation for an underlying charge of Conspiracy to Distribute and to Possess with Intent to Distribute More Than 5 Grams of Cocaine Base (Crack). He was also sentenced to a 131-month term for Conspiracy to Possess With Intent to Distribute 100 Grams or More of Heroin and Possession with the Intent to Distribute a Quantity of Heroin.

Mr. Nixon passed at approximately 10:21 PM on Sunday, April 12, 2020. The cause of death was determined to be Secondary to COVID-19 Virus.

If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

B. Sullivan
Warden

cc: Robert J. Higdon, Jr., U.S. Attorney, Eastern District of North Carolina
    James Corpening, Chief USPO, Eastern District of North Carolina
    Darrin Harmon, Mid-Atlantic Regional Director

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

Butner, North Carolina 27509

- ☐ Federal Medical Center
  P.O. Box 1500
- ☐ Federal Correctional Institution
  P.O. Box 1000
- ☐ Low Security Correctional Institution
  P.O. Box 999

Official Business

RALEIGH
NC 275
28 APR '20
PM 3 L

X-RAYED CSO



U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
02 1P        $ 000.50⁰
0000007827   APR 27 2020
MAILED FROM ZIP CODE 27509



RECEIVED
MAY 06 2020
PETER A. MOORE, JR. CLERK
US DISTRICT COURT, EDNC